1  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
2  700 Broadway
   New York, New York 10003
3  Telephone: 212-558-5000
   Facsimile: 212-344-5461
4
   *Attorneys for Plaintiffs*
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| 12 | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699** **District Judge: Charles R. Breyer** |
|---|---|---|
| 14 | This Document Relates To: | |
| 15 | Herminia Sansotta Navarro, et al. v. Astra Merck Inc., et al (06-2627 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 | Gloria Pilar Santiago Serrano, et al. v. Astra Merck, Inc. et al. (06-2634 CRB) | |
| 19 | Karen Ann Boyd, Individually and as Proposed Representative of the Estate of Early Boyd, deceased v. Pfizer Inc (06-6122 CRB) | |
| 22 | Noble Bixby, et al. v. Pfizer Inc, et al. (06-6170 CRB) | |
| 23 | Dennis Rini, as Proposed Administrator of the Estate of Eileen Anderson, deceased v. Pfizer Inc, et al. (07-2190 CRB) | |
| 26 | Merrin Frost, et al. v. Pfizer Inc, et al. (07-2909 CRB) | |

27

28

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Come now Plaintiffs and Defendants in the above-entitled actions, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 7 1, 2010      By: _____

Glenn Zuckerman
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Sept 17, 2010      By: /s/

Michelle W. Sadowsky
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Attorneys for Pfizer Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Sep 20, 2010

_____
Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE